UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| WILLIAM RAY BARTON,<br><br>　　　　　　Petitioner,<br><br>　　v.<br><br>SAN JOAQUIN SUPERIOR COURT,<br><br>　　　　　　Respondent. | No. 2:19-cv-2262 CKD P<br><br><br>ORDER |

Petitioner, a state prisoner proceeding pro se, has filed an application for a writ of habeas corpus pursuant to 28 U.S.C. § 2254, together with a request to proceed in forma pauperis. The habeas application appears to challenge petitioner's 1976 murder convictions from the San Joaquin County Superior Court. ECF No. 1 at 1. As far as the court can discern there is no cognizable claim for relief alleged in the present habeas action. Petitioner merely cites to a decision in his own case from July 3, 2018 and then cites "Rule 4 of the Rules Governing § 2254 actions." ECF No. 1 at 5.

The court's own records reveal that petitioner has a pending habeas action challenging the exact same convictions in Barton v. Beddick, Case No. 2:19-cv-00148-DMC.[1] To the extent that this habeas petition is challenging the same 1976 convictions, it is duplicative of Case No. 2:19-

---

[1] A court may take judicial notice of court records. See MGIC Indem. Co. v. Weisman, 803 F.2d 500, 505 (9th Cir. 1986); United States v. Wilson, 631 F.2d 118, 119 (9th Cir. 1980).

1

cv-00148-DMC. The court declines to order this petition to be filed as an amended habeas petition in Case No. 2:19-cv-00148-DMC because it does not contain any identifiable claims for relief. Therefore, construing the present application as an amended habeas petition is futile. For all these reasons, the court will dismiss the petition as duplicative and order this case closed.

ACCORDINGLY, IT IS HEREBY ORDERED that:

1. Petitioner's application for federal habeas relief (ECF No. 1) is hereby dismissed as duplicative of No. 2:19-cv-00148-DMC.
2. Petitioner's motion to proceed in forma pauperis (ECF No. 2) is denied as unnecessary.
3. The Clerk of Court is directed to close this case.

Dated: November 19, 2019

CAROLYN K. DELANEY
UNITED STATES MAGISTRATE JUDGE

12/bart2262.duplicative.docx